PROB 35
(Rev. 12/00)

# United States District Court
## District of North Dakota

### Report and Order Terminating Supervised Release
### Prior to Original Expiration Date

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 4:14CR00049-1 |
| | ) | |
| Houston James Kirkaldie | ) | |

On 10/18/2018, the above-named was sentenced to 6 months supervision which was a result of revocation. Houston James Kirkaldie's term of supervision has not yet commenced, as he was sentenced in 1:18CR00199 on 10/7/2019 to 66 months prison followed by 5 years supervised release. It is accordingly recommended that the defendant be discharged from supervision in 0868 4:14CR00049-1.

Respectfully,

/s/ Ryan Dailey            10/28/2019
Senior U.S. Probation Officer
Place: Bismarck, ND

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in this case be terminated.

Dated this 29 day of October, 2019.

Daniel L. Hovland
Chief U.S. District Court Judge